UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALYSON BOTTONI, Derivatively on Behalf of FLUOR CORPORATION, <br><br>             Plaintiff, <br><br>    v. <br><br> CARLOS M. HERNANDEZ, D. MICHAEL STEUERT, ROBIN K. CHOPRA, MATTHEW J. MCSORLEY, PETER J. FLUOR, ALAN L. BOECKMANN, PETER K. BARKER, ROSEMARY T. BERKERY, ALAN M. BENNETT, ARMANDO J. OLIVERA, DEBORAH D. MCWHINNEY, MATTHEW K. ROSE, JAMES T. HACKETT, DAVID E. CONSTABLE, THOMAS C. LEPPERT, DAVID T. SEATON, BRUCE A. STANSKI, BIGGS C. PORTER, GARY G. SMALLEY, NADER H. SULTAN, LYNN C. SWANN, SAMUEL J. LOCKLEAR III, and JOSEPH W. PRUEHER, <br><br>              Defendants, <br><br>    -and- <br><br> FLUOR CORPORATION, a Delaware Corporation, <br><br>              Nominal Defendant. | Lead Case No. 3:20-CV-01442-X <br><br> (Consolidated with Case Nos. 3:20-CV-01558-X and 3:21-CV-00353-X) |

**PLAINTIFF JOAN GOODMAN'S MOTION TO APPOINT LEAD PLAINTIFF AND APPROVE PLAINTIFF'S SELECTION OF LEAD COUNSEL**

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, and to facilitate the efficient coordination of related shareholder litigation, Plaintiff Joan Goodman ("Plaintiff") respectfully moves this Court for entry of an Order:

1. Designating the current master file for the consolidated derivative actions, *Bottoni v. Hernandez*, No. 3:20-cv-01442, as *In re Fluor Corporation Derivative Litigation* (the "Consolidated Shareholder Derivative Litigation");

2. Appointing Plaintiff as Lead Plaintiff in the Consolidated Shareholder Derivative Litigation;

3. Appointing Scott+Scott Attorneys at Law LLP as Lead Counsel in the Consolidated Shareholder Derivative Litigation; and

4. Granting such other and further relief as the Court deems just and proper.

In support of this motion, Plaintiff submits an accompanying memorandum, the Declaration of Scott R. Jacobsen (with exhibits attached thereto), and a proposed order and will rely on all papers and proceedings in the Consolidated Shareholder Derivative Litigation.

Dated: May 10, 2021				Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Scott R. Jacobsen*
Scott R. Jacobsen (*admitted Pro Hac Vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
E-mail: sjacobsen@scott-scott.com

Geoffrey M. Johnson
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone:  (216) 229-6088
Facsimile:   (860) 537-4432

E-mail: gjohnson@scott-scott.com

*Proposed Lead Counsel for Proposed Lead Plaintiff Joan Goodman*

**KILGORE & KILGORE PLLC**
Theodore C. Anderson, III (Bar No. 01215700)
3109 Carlisle Street
Dallas, TX 75204
Telephone: (214) 379-0810
Facsimile:  (214) 379-0846
E-mail: tca@kilgorelaw.com

*Local Counsel for Proposed Lead Plaintiff Joan Goodman*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of May, 2021, the foregoing document was filed using the Court's CM/ECF system. In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

 */s/ Scott R. Jacobsen*
Scott R. Jacobsen (*admitted Pro Hac Vice*)